# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

KEVIN KELLY, individually and on behalf of all others similarly situated,

                Plaintiff,                21 **CIVIL** 8134 (LJL)

    -against-                              **JUDGMENT**

BELIV LLC,

                Defendant.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 12, 2024, Defendants motions for summary judgment and to strike the Meyers Declaration are GRANTED. Plaintiffs motion for class certification, and Defendants motion to strike the Matthews Declaration, are DENIED AS MOOT.

**Dated:** New York, New York
          March 12, 2024

                                              RUBY J. KRAJICK
                                                Clerk of Court

                          **BY:**

                                                  **Deputy Clerk**